IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KEVIN BOWDY, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § | |
| PLAINTIFF, | § § | |
| V. | § § | CAUSE NO. A-17-CV-00010-LY |
| PULTE HOMES OF TEXAS, L.P., DEFENDANT. | § § § § | |

## FINAL JUDGMENT

Before the court is the above styled and numbered cause. On this date by separate order the court dismissed this action with prejudice and ordered that each party bear its own attorney's fees and costs. As nothing remains for resolution in the cause, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this _18th_ day of October, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE